# 650

Jacob Cottin and Rudolph J. Joseph, trading as Cottin & Joseph, appellees, v. Morris I. Pickus and Compass Sales Corporation, appellants. Gen. No. 35,787.

Opinion filed February 8, 1933.

G. A. Buresh and Charles W. Raban, for appellants. No appearance for appellees.

Mr. Justice Hall delivered the opinion of the court.

Gates Audit Company, appellee, v. Von Winkler Laboratories, Inc., appellant. Gen. No. 35,814.

Opinion filed February 8, 1933.

J. Harold Mosely, for appellant; Denison, White & Mosely, of counsel. Francis E. Matthews, for appellee; Clement F. Springer, of counsel.

Mr. Justice Hall delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson as Auditor of Public Accounts of the State of Illinois, complainant, v. Progressive State Bank et al., defendants.

Julius Roth and Anna Roth, intervening petitioners, v. Chicago Title & Trust Company, as receiver, etc. (defendant), appellee.

Appeal of Julius Roth, and Joseph Hoffstadter, executor of the last will and testament of Anna Roth, deceased. Gen. No. 35,861.

Opinion filed February 8, 1933.

Kahn, Gettleman & Kahn, for appellants; Roy S. Gaskill, of counsel. Kirkland, Fleming, Green & Martin, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Canada Casing Company, appellee, v. Union Products Company, appellant. Gen. No. 35,884.

Opinion filed February 8, 1933.

Gaylord D. Adsit, for appellant. Charles V. Falkenberg, for appellee.

Mr. Justice Hall delivered the opinion of the court.